# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON GUNN, JR., | No. 2:19-CV-1729-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Good cause appearing therefor, the initial scheduling conference in this matter is continued to April 1, 2020, at 10:00 a.m., before the undersigned in Redding, California. The parties shall file scheduling conference statements in advance of the continued hearing pursuant to the court's September 3, 2019, order.

IT IS SO ORDERED.

Dated: January 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1