**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT, BUTTE COUNTY DISTRICT ATTORNEY'S OFFICE, KORY HONEA, VAJ THAO, and MICHAEL RAMSEY
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON GUNN JR., | Case No.: 2:19-cv-01729-KJM-DMC |
| Plaintiff, | **STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT, BUTTE COUNTY DISTRICT ATTORNEY'S OFFICE, KORY HONEA, VAJ THAO, MICHAEL RAMSEY, DOES 1-10, | Complaint Filed: 09/03/2019 |
| Defendants. _____/ | |

///

///

///

{02137724.DOCX}  1

**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S DEPARTMENT, BUTTE COUNTY DISTRICT ATTORNEY'S OFFICE, KORY HONEA, VAJ THAO, and MICHAEL RAMSEY stipulate to allow Plaintiff, CLAYTON GUNN, to file a First Amended Complaint.

**IT IS HEREBY STIPULATED,** between Plaintiff and Defendant, that:

1. Plaintiff should be granted leave to amend to file his First Amended Complaint by no later than March 15, 2020; and
2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED.**

Date: _____    PORTER | SCOTT
　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION


By_____
Stephen E. Horan
Matthew W. Gross
Attorneys for Defendants

Dated: _____    CLAYTON GUNN

By _____
　　Clayton Gunn
　　***Pro Se Plaintiff***

{02137724.DOCX}　　　　　　　　　　2

**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff CLAYTON GUNN JR. is granted leave to amend to file his First Amended Complaint by March 15, 2020.

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

**IT IS ALSO ORDERED** that the scheduling conference, currently set for April 1, 2020, in continued to May 13, 2020, at 10:00 a.m. before the undersigned in Redding, California.

IT IS SO ORDERED.

Dated: January 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE