IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON GUNN, JR., | No. 2:19-CV-1729-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Due to a conflict in the Court's calendar, the hearing on defendants' motion to dismiss, currently set for June 10, 2020, is continued to June 17, 2020, at 10:00 a.m. in Redding, California. The Court will defer scheduling this matter pending resolution of defendants' motion.

IT IS SO ORDERED.

Dated:  April 23, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE