**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAYTON GUNN, JR., | No. 2:19-CV-1729-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is defendants' motion to dismiss, set for hearing in Redding, California, on June 17, 2020.

On May 13, 2020, the Chief District Judge issued General Order 618 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will continue to be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to General Order 618, the hearing set for June 17, 2020, before the undersigned in Redding, California, is vacated and defendants' motion is hereby submitted on the briefs. Plaintiff's opposition to defendants' motion is due by June 3, 2020. Defendants' reply is due by June 10, 2020.

        IT IS SO ORDERED.

Dated: May 21, 2020

                                DENNIS M. COTA
                                UNITED STATES MAGISTRATE JUDGE