IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON GUNN, JR., | No. 2:19-CV-1729-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF BUTTE, et al., | |
| Defendants. | |

   Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

   On August 25, 2021, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Plaintiff filed timely objections to the findings and recommendations. *See* ECF No. 37.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 25, 2021, are adopted in full;

2. Defendants' motion to dismiss, ECF No. 30, is granted;

3. This action is dismissed in its entirety as to all defendants without further leave to amend; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: December 2, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE